## RETURN OF SERVICE

State of Florida                                                             County of Northern District

Case Number: 3:24-CV-00364-TKW-HTC

Plaintiff:
**Jay P. Kesan**

vs.

Defendant:
**L'Oréal USA, Inc.: L'Oreal S.A**

For:
Wesley Hamilton
Rolfes Henry Co., LPA
18 W. 9th St
Cincinatti, OH 45202

Received by DILIGENT LEGAL SERVICES on the 13th day of August, 2024 at 12:49 pm to be served on **L'Oreal USA, Inc.: L'Oreal S.A. c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **14th day of August, 2024** at **9:20 am**, I:

**CORPORATE:** served by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **DANIELLE NELLOMS** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of L'Oreal USA, Inc.: L'Oreal S.A. c/o Corporation Service Company at the address of: **1201 Hays Street, Tallahassee, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: WHITE, Height: 5'6, Weight: 165, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MICHAEL C. NOLAN
Certified Process Server, #111

DILIGENT LEGAL SERVICES
1497 MAIN STREET
STE. 210
DUNEDIN, FL 34698
(727) 424-7367

Our Job Serial Number: DGT-2024005127
Ref: 24-26519

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

Date: 8/14/24  Time: 9:20 AM
MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

Jay P. Kesan

*Plaintiff(s)*

v.

L'Oréal USA, Inc.: L'Oreal S.A.

*Defendant(s)*

Civil Action No. 3:24-cv-00364-TKW-HTC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  L'ORÉAL USA, INC.: L'Oreal S.A.
C/O CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James J. Birch, Esq.
Rolfes Henry Co., LPA
18 W. 9th Street
Cincinnati, OH 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  08/07/2024

s/ Jennifer F. Johnson, Deputy Clerk
*Signature of Clerk or Deputy Clerk*