# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAY P. KESAN,                                  Case No. 3:24-cv-00364-TKW-HTC

    **Plaintiff,**

v.

L'ORÉAL USA, INC.: L'ORÉAL S.A.,

    **Defendant.**

_____/

## DEFENDANT L'ORÉAL USA, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant L'Oréal USA, Inc.[1] ("**L'Oréal USA**") hereby discloses the following:

**1. Identify the name of any parent corporation and any publicly held corporation that owns 10% or more of Defendants' stock or state that there is no such corporation.**

L'Oréal USA, Inc. is a wholly owned subsidiary of L'Oréal SA. The only publicly held company that owns 10 percent or more of L'Oreal SA's stock is Nestle SA.

---

[1] The case style of the Complaint mistakenly lists "L'Oréal USA, Inc.:L'Oréal S.A." as a single entity and defendant. There is no entity by the name of "L'Oréal USA, Inc.:L'Oréal S.A." Rather, L'Oréal USA, Inc. and L'Oréal S.A. are two separate and distinct entities. This corporate disclosure is filed solely on behalf of Defendant L'Oréal USA, Inc. To date, only L'Oréal USA, Inc. has been personally served in this action.

| Dated: August 30, 2024 | Respectfully submitted, |
|---|---|
| | /s/ April Boyer |
| | April Boyer |
| | Florida Bar No. 0168335 |
| | april.boyer@klgates.com |
| | **K&L GATES LLP** |
| | Southeast Financial Center |
| | 200 South Biscayne Boulevard, Suite 3900 |
| | Miami, Florida 33131 |
| | Telephone: 305.539.3300 |
| | Facsimile: 305.358.7095 |
| | *Attorneys for Defendant L'Oréal USA, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 30th day of August 2024.

/s/ April Boyer
April Boyer