**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JAY P. KESAN**,

    **Plaintiff**,

**v.**                                 **Case No. 3:24cv364-TKW-HTC**

**L'ORÉAL USA, INC.**,

    **Defendant**.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendant's unopposed motion for extension of time (Doc. 6), it is

**ORDERED** that the motion is **GRANTED**, and Defendant shall have until October 4, 2024, to answer or otherwise respond to the complaint.

**DONE and ORDERED** this 3rd day of September, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**