IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JAY P. KESAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>L'ORÉAL USA, INC.: L'ORÉAL S.A.,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00364-TKW-HTC |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Defendant L'Oréal USA, Inc. ("L'Oréal USA"), respectfully moves the Court to permit Scott A. Klein, a partner of the law firm of Mintz & Gold LLP, 600 Third Avenue, 25th Floor, New York, NY 10016, to appear *pro hac vice* on behalf of L'Oreal USA in this matter, and, pursuant to Rule 2B of the Court's CM/ECF Administrative Procedures, to permit Mr. Klein to receive notice of electronic filings in this case. In support of its request, Defendant states as follows:

　　　1.　　Scott A. Klein resides in New York, New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

　　　2.　　Mr. Klein is a partner with the law firm of Mintz & Gold LLP, 600 Third Avenue, 25th Floor, New York, NY 10016, and regularly practices law in Mintz & Gold LLP's office in New York, New York. Mr. Klein has been engaged to represent Defendant L'Oréal USA in this action.

　　　3.　　Mr. Klein is admitted to and is an active member in good standing of the New York State Bar and a current Certificate of Good Standing from the New York Bar is attached as **Exhibit A.**

　　　4.　　Mr. Klein has complied with the requirements of Local Rule 11.1 (E) by completing

the Attorney Admission Tutorial and exam and the CM/ECF online tutorials on September 25, 2024. His confirmation number is **FLND17273021742070.**

5. Mr. Klein is familiar with and will be governed by the Local Rules of the Northern District of Florida and is also familiar with and will be governed by Florida's Rules of Professional Conduct and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

6. Mr. Klein has an active upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is klein@mintzandgold.com.

7. Mr. Klein will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Defendant respectfully requests that the Court permit Scott A. Klein to appear pro hac vice.

Dated: September 27, 2024          Respectfully submitted,

                                         _s/ Scott A. Klein_____
                                         By: Scott A. Klein, Esq.
                                         MINTZ 7 GOLD LLP
                                         600 Third Avenue, 25th Floor
                                         New York, New York 10016
                                         (212) 696-4848
                                         klein@mintzandgold.com
                                         *Attorneys for Defendant L'Oréal USA, Inc.*

## RULE 7.1(B) CERTIFICATION

Counsel for Defendant has conferred with counsel for Plaintiff, who has consent to Defendant's motion for *pro hac vice*.

## RULE 7.1(F) CERTIFICATE OF CONFERRAL

The undersigned certifies that this motion contains 359 words, excluding the case style and certifications.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2024 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of records.

*s/Scott A. Klein*
Scott A. Klein