UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAY P. KESAN,

    **Plaintiff**,

v.                                      Case No. 3:24cv364-TKW-HTC

L'ORÉAL USA, INC.,

    **Defendant**.

_____/

## ORDER

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Scott A. Klein (Doc. 10). The Court finds based on the motion and supporting documentation that Mr. Klein meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Scott A. Klein is authorized to appear *pro hac vice* for Defendant.

**DONE and ORDERED** this 30th day of September, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**