# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAY P. KESAN,   Case No. 3:24-cv-00364-TKW-HTC

    **Plaintiff,**

v.

L'ORÉAL USA, INC.: L'ORÉAL S.A.,

    **Defendant.**

_____/

## MOTION TO WITHDRAW APRIL BOYER
## AS COUNSEL FOR DEFENDANT L'ORÉAL USA, INC.

Defendant L'Oréal USA, Inc.[1] ("**L'Oréal USA**"), pursuant to Northern District of Florida Local Rules 7.1 and 11.1(H) and through undersigned counsel, respectfully requests that this Court enter an order permitting April L. Boyer, Esq. of K&L Gates LLP to withdraw as counsel of record for L'Oréal USA in this matter and, in support, states as follows:

1. April Boyer, Esq. of the law firm of K&L Gates LLP appeared as counsel of record for L'Oréal USA on August 30, 2024.

---

[1] The case style of the Complaint erroneously lists "L'Oréal USA, Inc.:L'Oréal S.A." as a single entity and defendant. There is no entity by the name of "L'Oréal USA, Inc.:L'Oréal S.A." Rather, L'Oréal USA, Inc. and L'Oréal S.A. are two separate and distinct entities. This motion is brought solely on behalf of Defendant L'Oréal USA, Inc.

2. On September 27, 2024, Scott A. Klein of the law firm of Mintz & Gold LLP, 600 Third Avenue, 25th Floor, New York, NY 10016, moved to appear *pro hac vice* on behalf of L'Oréal USA. *See* Motion to Appear *Pro Hac Vice* (Doc. 10).

3. On the same day, this Court entered an Order granting Mr. Klein's motion and authorizing his appearance *pro hac vice* for L'Oréal USA. *See* Order (Doc. 11).

4. L'Oréal USA has been given at least 14 days' notice of the relief sought in this Motion.

5. L'Oréal USA consents to Ms. Boyer's withdrawal. L'Oréal USA has other counsel of record who intends to continue in this case. *See* Northern District of Florida Local Rule 11.1(H)(1) ("An attorney who has appeared in a case may not withdraw unless…the client consents and the withdrawal will leave the client with another attorney of record who intends to continue in the case.").

6. The relief sought herein will not prejudice any party or affect any pre-trial or trial deadlines.

7. Counsel for Plaintiff Jay P. Kesan consents to Ms. Boyer's withdrawal as L'Oréal USA's counsel.

WHEREFORE, Defendant L'Oréal USA, Inc. respectfully requests that this Court enter an Order permitting the withdrawal of April Boyer, Esq. of K&L Gates

LLP as counsel of record in this case and removing her from the ECF electronic service list for this action.

Dated: October 16, 2024                              Respectfully submitted,

                                        */s/ April Boyer*
                                        April Boyer
                                        Florida Bar No. 0168335
                                        april.boyer@klgates.com
                                        **K&L GATES LLP**
                                        Southeast Financial Center
                                        200 South Biscayne Boulevard,
                                        Suite 3900
                                        Miami, Florida 33131
                                        Telephone:  305.539.3300
                                        Facsimile:  305.358.7095

                                        *Attorneys for Defendant L'Oréal USA, Inc.*

## RULE 7.1(F) CERTIFICATE OF WORD LIMIT

Pursuant to Northern District of Florida Local Rule 7.1(F), I hereby certify that this memorandum contains 378 words excluding the case style, signature block, and any certificate of service.

## RULE 7.1(C) CERTIFICATE OF CONFERRAL

Pursuant to Northern District of Florida Local Rule 7.1(C), undersigned counsel for L'Oréal USA conferred with Plaintiff's counsel via email on October 3, 2024, regarding the requested relief, and was advised that Plaintiff does not oppose the relief sought.

- 4 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 16th day of October 2024.

                                                */s/ April Boyer*
                                                April Boyer